MARIE S. LIVINGSTON, as Administratrix of the Estate of ROBERT L. LIVINGSTON, Deceased, et al., Respondents, *v.* BAYARD U. LIVINGSTON et al., Respondents, and CHARLES M. HOUGH, as Executor and Trustee under the Will of ANNE D. THOMSON, Deceased, et al., Appellants.

*Title — real property — decedent's estate — action to determine rights of parties to real property.*

*Livingston* v. *Livingston,* 216 App. Div. 698, reversed.

(Argued December 14, 1927; decided January 10, 1928.)

APPEAL from a judgment, entered October 9, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a judgment in favor of defendants-appellants, entered upon an order of Special Term granting a motion for judgment on the pleading and directed judgment in favor of plaintiffs and defendants-respondents. The action was to determine and declare the rights of the respective parties in and to certain real property, a portion of the estate of James Thomson, deceased.

*Charles Evans Hughes, Herman S. Hertwig, Langdon P. Marvin* and *Henry B. Closson* for Charles M. Hough, as executor and trustee, et al., appellants.

*Louis O. Van Doren, William R. Conklin* and *Edward S. Bentley* for Ladies' Home Society, appellant.

*Russell Benedict, William A. Alcock* and *Williston Benedict* for Association for Relief of Indigent Females et al., appellants.

*J. Culbert Palmer, Jr.,* and *Percy D. Trafford* for Society for Relief of Poor Widows, appellant.

Prepared by State Reporter from Appeal Papers

*Alfred R. Page* for plaintiffs-respondents.

*Joseph W. Welsh, Roland L. Redmond, Alfred C. Petté, Philip M. Brett, W. A. W. Stewart* and *Frank B. Holsapple* for defendants-respondents.

*John N. Drake* for Brockholst Livingston, defendant-respondent.

Judgment of Appellate Division reversed, without costs, and judgment of Special Term affirmed on authority of *Livingston* v. *Ward* (247 N. Y. 97).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.